**REDACTED**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

CASE NO. Criminal No. 1:23-cr-162 (RDA)
CASE NAME: United States v. Juan Carlos Arevalo III

TO: Prince William County Adult Detention Center
Address: 9320 Lee Avenue, Manassas, VA 20110
Telephone No: 703-792-6420

YOU ARE HEREBY COMMANDED to surrender the body of: Juan Carlos Arevalo III, a detained prisoner, Inmate No. 22-02657, SSN: xxx-xx-7942, DOB: xx/xx/1979, Race: Hispanic, Sex: Male, Weight: 271, under your custody, to the United States Marshal for the Eastern District of Virginia or his Deputy or Deputies, or any other authorized law enforcement officer, specifically, FBI Special Agents David Elias and Matthew Lariccia, so that his body will be before the Honorable Rossie D. Alston, Jr., District Judge of the United States District Court for the Eastern District of Virginia, at the Courtroom of said Court, in the City of Alexandria at 11:00 a.m., on the 1st day of November 2023, or at such other time as the Court may direct. This inmate will be retained until the pending criminal information against him is resolved.

WITNESS
The Honorable Rossie D. Alston, Jr.
United States District Judge
at Alexandria, Virginia
This 16th day of October, 2023

FERNANDO GALINDO
CLERK OF COURT

By: _____
Deputy Clerk

Approved by: Edward P. Sullivan
Special Assistant United States Attorney (LT)
Senior Litigation Counsel, Public Integrity Section
Criminal Division, U.S. Department of Justice