JS 45 (01/2008)                     **REDACTED**

Criminal Case Cover Sheet                                                U.S. District Court

**Place of Offense:**                Under Seal: Yes ___ No X    Judge Assigned: Hon. Rossie D. Alston, Jr.
City _____    ___ Superseding Indictment    Criminal Number: 1:23-cv-162
County/Parish  Arlington        Same Defendant _____    New Defendant    X
                                Magistrate Judge Case Number _____ Arraignment Date: _____
                                Search Warrant Case Number _____
                                R 20/R 40 from District of _____
                                Related Case Name and No: USA v. Julio R. ("Jace") Sotomayor, 1:22-cr-0122 (RDA)

**Defendant Information:**
**Juvenile** -- Yes ___ No X  **FBI #** _____

**Defendant Name:** Juan Carlos Arevalo III      Alias Name(s) _____
**Address:** Occoquan, VA
**Employment:** _____
**Birth date** xx/xx/1979 **SS#** xxx-xx-7942 **Sex** M **Def Race** Hispanic **Nationality** U.S. **Place of Birth** _____
**Height** 5'10 **Weight** 271 **Hair** Brown **Eyes** Brown **Scars/Tattoos** _____
    **Interpreter:** X No ___ Yes List language and/or dialect: _____ **Automobile Description** _____
**Location Status:**
**Arrest Date** _____
___ Already in Federal Custody as of _____ in _____
X  Already in State Custody      ___ On Pretrial Release        ___ Not in Custody
___ Arrest Warrant Requested     ___ Fugitive                   ___ Summons Requested
___ Arrest Warrant Pending       ___ Detention Sought           ___ Bond

**Defense Counsel Information:**
Name:    Yancey Ellis, Esq.          X  Court Appointed    Counsel conflicted out:
         108 N. Alfred Street, 1st Fl,
Address: Alexandria, VA 22314        ___ Retained
Telephone: 703-684-7908              ___ Public Defender     Federal Public Defender's Office conflicted out:

**U.S. Attorney Information:**
AUSA   Edward P. Sullivan    Telephone No:  202-514-1400    Bar # 2731032 (NY)
**Complainant Agency, Address & Phone Number or Person & Title:**
SA David Elias, FBI, WFO-NVRA, 601 4th Street NW, Washington, DC 20535 (T: 202-714-2405)

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date:  October 5, 2023     Signature of AUSA:  *ESullivan*