AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:23-cr-00162 (RDA) |
| Juan Carlos Arevalo III | ) | |
| Defendant | ) | |

FILED IN OPEN COURT
NOV -1 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/01/2023

_____
Defendant's signature

_____
Signature of defendant's attorney

Yancey Ellis, Esq.
Printed name of defendant's attorney

_____
Judge's signature

Honorable Rossie D. Alston, Jr.
Judge's printed name and title