Date: 11/1/2023          Judge: Alston                  Reporter: T. Harris
Time:   11:25 to 11:55

UNITED STATES of AMERICA
            Vs.

Juan Carlos Arevalo, III          1:23CR00162-001
Defendant's Name                  Case Number

Yancey Ellis                      Edward P Sullivan
Counsel for Defendant             Counsel for Government

Matter called for:
( ) Motions              ( ) Setting Trial Date     ( ) Change of Plea Hrg.    ( ) Rule 35
( ) Arraignment          ( ) Appeal from USMC       ( ) Sentencing             ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.               (✓) Pre-Indictment Plea    ( ) Other: _____

Defendant appeared:      (✓) in person              ( ) failed to appear
                         (✓) with Counsel           ( ) without counsel        ( ) through counsel

Filed in open court:
(✓) Criminal            (✓) Plea            (✓) Statement of Facts    (✓) Waiver of         ( ) Discovery Order
Information             Agreement                                     Indictment

Arraignment & Plea:
( ) WFA    ( ) FA    (✓) PG    ( ) PNG    Trial by Jury:    ( ) Demanded    ( ) Waived

Defendant entered Plea of Guilty as to Count(s) 1 of the Criminal Information    Plea Accepted (✓)
Defendant directed to USPO for PSI:   (✓) Yes    ( ) No
Case continued to 12/13/2023 at 11:00 for:  ( ) Jury Trial   ( ) Bench Trial   (✓) Sentencing

The Court indicated that chambers would be contacting the probation office regarding the expedited sentencing date.

The Court will direct that the defendant be kept at the Alexandria Detention Center.


Bond Set at: $_____    ( ) Unsecured     ( ) Surety              ( ) Personal Recognizance
( ) Release Order Entered   (✓) Deft. Remanded   ( ) Deft. Released on Bond   ( ) Deft. Continued on Bond

Defendant is: (✓) In Custody    ( ) Summons Issued    ( ) On Bond    ( ) Warrant Issued    ( ) 1st appearance