IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



FILED IN OPEN COURT
NOV -1 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA, )
)
v. )   Criminal Action No. 1:__-cr-___ (RDA)
Juan Carlos Arevalo, )
)
)
Defendant. )

## NOTICE OF RIGHT TO APPEAL SENTENCE UNDER LIMITED CIRCUMSTANCES

Defendant __Juan C. Arevalo__ ("Defendant") comes before the Court for the purpose of entering a plea of guilty. In addition to the colloquy regarding the significance of Defendant's guilty plea, the Court, pursuant to Fed. R. Crim P. 32(j)(1)(B), now provides notice to Defendant of the right to appeal Defendant's sentence.

While Defendant has entered into a plea agreement wherein Defendant generally waived Defendant's right to appeal the sentence of the Court, Defendant nevertheless retains the right to obtain appellate review of Defendant's sentence on certain limited grounds, including a sentence outside of the statutorily prescribed maximum, a sentence based on a constitutionally impermissible factor, or circumstances wherein Defendant did not waive this right knowingly and voluntarily.

I, __Juan C Arevalo__, the Defendant, do hereby acknowledge that I understand that I have the right to appeal my sentence under the circumstances referenced herein.

_____      _____
Counsel for Defendant           Defendant

Date 11/1/2023                  Date 11/1/2023

Alexandria, Virginia
__Nov__, _1_, 20__23__

Rossie D. Alston, Jr.
United States District Judge