IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Action No. 1:23-cr-162 (RDA) |
| ) | |
| JUAN CARLOS AREVALO, III,  ) | |
| ) | |
| Defendant.  ) | |

### ORDER

This matter comes before the Court on Defendant Juan Carlos Arevalo, III's pre-indictment plea hearing held on November 1, 2023. Considering that neither the Government nor the defense object to Defendant being held in federal custody until his sentencing hearing before this Court, it is hereby ORDERED that Defendant Arevalo, III is remanded to the custody of the United States Marshals Service ("USMS") and shall remain at the Alexandria Detention Center until his sentencing hearing before this Court on December 13, 2023 at 11:00 a.m.

The Clerk is directed to forward a copy of this Order to counsel of record, the United States Probation Office, and the United States Marshals Service.

It is SO ORDERED.

Alexandria, Virginia
November 1, 2023

/s/
Rossie D. Alston, Jr.
United States District Judge