Judge: <u>Alston</u>         **SENTENCING**         Date: <u>12/13/2023</u>
Reporter: <u>T. Harris</u>                                   Time: <u>12:20</u> to <u>12:56</u>

Cr. #   <u>1:23CR162-001</u>                    AUSA::: <u>Edward P Sullivan</u>
U.S. v. <u>Juan Carlos Arevalo, III</u>        Defense: <u>John Edward Yancey Ellis</u>

Defendant's objection to PSIR overruled.

Video played in open court.

The Court finds the guidelines to be properly assessed at a range of <u>37</u> to <u>46</u> months.

Considering the factors under § 3553, the Court finds that the following sentence is appropriate.

**Sentence Imposed:**

<u>6</u>   Months imprisonment, to run consecutively to any sentence imposed for the Defendant's pending state charge. This sentence is to commence after Defendant's anticipated term of imprisonment at the state level.

<u>3</u>   Years supervised release

**Conditions of Supervised Release:**
(1) If the defendant tests positive for a controlled substance or shows signs of alcohol abuse, the defendant shall participate in a program approved by the United States probation office for substance abuse treatment, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer.
(2) The defendant shall not use marijuana or cannabis in any form.
(3) The defendant shall notify all current and future employers/clients of the offense of conviction and provide verification as directed by the probation office.
(4) The defendant shall participate in a program approved by the United States Probation Office for mental health treatment. The cost of this program is to be paid by the defendant as directed by the probation officer.
(5) The defendant shall provide the probation office access to all requested personal and business financial documentation
**Monetary penalties:**
$<u>100.00</u>   Assessment $<u>  0  </u>   Fine

Defendant: <u>✓</u> Remanded   <u>    </u> To voluntarily surrender

Defendant shall be transported back to Prince William County Detention Center by December 17, 2023 in advance of his plea hearing in state court set for December 19, 2023.

Order of Forfeiture entered and filed in open court.
Waiver of IADA entered and filed in open court.